# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SELECT REHABILITATION, LLC, fka
Select Rehabilitation, Inc.,

    Plaintiff,

v.                                                        Case No. 3:23-cv-739-TJC-PDB

SOLARIS HEALTHCARE LAKE CITY,
LLC,

    Defendant.

---

## **O R D E R**

Upon review of the Joint Stipulation for Voluntary Dismissal Without Prejudice (Doc. 17), filed on August 16, 2023, this case is dismissed without prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of August, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record